In the Matter of the Claim of SAM KORNBLATT, Respondent, against DUBIN'S BAKERY, Respondent, and GREAT AMERICAN INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the Great American Indemnity Company from a decision and award made by the State Industrial Board in favor of claimant. The sole issue is whether appellant was the insurance carrier at the time of the accident. A fifteen-day binder to cover the business of the employer had been issued by appellant to be effective on October 1, 1938. Although there is testimony to indicate that a different oral arrangement was sought, the binder was not canceled in accordance with the provisions of subdivision 5 of section 54 of the Workmen's Compensation Law. It was, therefore, in effect on October 13, 1938, at the time the accident happened. (*Matter of Otterbein* v. *Babor & Comeau Co.,* 272 N. Y. 149.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of FRANK KINKELA, Respondent, against THOMAS CRIMMINS CONTRACTING COMPANY and UTICA MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision which rescinds an earlier one commuting an award of ninety-five per cent loss of use of left leg and eighty-five weeks' protracted temporary total disability. Commutation was made under section 17 of the Workmen's Compensation Law, upon the application of the carrier upon a finding that claimant who was an alien was about to become a non-resident. The present decision, from which the appeal is before us, rescinds upon the theory that claimant did not intend to become a non-resident, but only to go to Italy for a brief visit. Decision and award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of ARTHUR B. COHEN, Respondent, against U. S. STUDIO & MATTRESS CO., INC., and GENERAL ACCIDENT, FIRE & LIFE CORP., Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award made by the State Industrial Board in favor of the claimant for 100 per cent loss of vision of his left eye. The record contains ample evidence of causal relation and fully supports the action of the State Industrial Board in reversing the referee's decision disallowing the claim, and directing the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.